Ed. Coleman v. The State.

No. 8807. Decided October 22, 1924.

Motion for rehearing overruled November 19, 1924.

**Sale of Intoxicating Liquor.**

There is no statement of facts nor bills of exception in the record, and cause is affirmed.

Appeal from the District Court of Shelby County. Tried below before the Hon. Chas. L. Brachfield, Judge.

Appeal from a conviction of sale of intoxicating liquor; penalty, two years in the penitentiary.

No brief on file for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is regular. Nothing is brought forward for review either by statement of facts or bill of exceptions.

The judgment is affirmed.

*Affirmed.*